UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TANYA M. LEGG,
    Plaintiff,

vs.                               Case No.: 4:25cv236/MCR/MAF

BUREAU OF PRISONS, DIRECTOR,
and TALLAHASSEE FCI, WARDEN,
    Defendants.
_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation dated September 5, 2025. *See* ECF No. 27. The Court furnished the Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 27, is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997(e), failure to state a claim

upon which relief may be granted pursuant to 28 U.S.C § 1915(g), and because the United States has sovereign immunity.

3. The Clerk of Court is directed to note on the docket that the case was dismissed pursuant to 28 U.S.C § 1915(g) and close the case.

**DONE AND ORDERED** this 12th day of January 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**